United States District Court
Southern District of Texas
**ENTERED**
April 08, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Limelight Trading Cards, LLC, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action H-25-1562 |
| | § | |
| David Fye, et al., | § | |
|     *Defendants*. | § | |

# ORDER

Pending before the court is Plaintiff's Complaint and Application for Injunctive Relief. ECF No. 1. Plaintiff is seeking a temporary restraining order. It does not appear that Defendants have been notified of the request for injunctive relief. The court may issue such an order without notice only if "the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required." Fed. R. Civ. P. 65(b)(1)(B). Because Plaintiff has failed to comply with this requirement, issuance of a temporary restraining order is **DENIED**. Any renewed motion shall comply with all the requirements of Rule 65.

Signed at Houston, Texas, on April 8, 2025.

                                                                        Peter Bray
                                     United States Magistrate Judge