United States District Court
Southern District of Texas
**ENTERED**
June 16, 2025
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| Limelight Trading Cards, LLC,<br>*Plaintiff*, | § § § | |
| v. | § § | Civil Action H-25-1562 |
| David Fye, Logan Cox, and Black Label Breaks LLC,<br>*Defendants*. | § § § § | |

### ORDER

On May 28, 2025, Magistrate Judge Peter Bray recommended that the court grant in part and deny in part Plaintiff's Request for Preliminary Injunction. ECF No. 28. No objections were filed.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion.

Signed at Houston, Texas, on June  16 , 2025.

Sim Lake
United States District Judge