United States District Court
Southern District of Texas

**ENTERED**

June 16, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Limelight Trading Cards, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. H-25-1562 |
| | § | |
| David Fye, Logan Cox, and Black Label Breaks LLC, | § § | |
| | § | |
| Defendants. | § | |

## ORDER OF ADOPTION

On June 2, 2026, Magistrate Judge Peter Bray recommended that the court grant Defendant Logan Cox's Motion for Judgment on the Pleadings. (Docket Entry No. 61.)

The parties were provided with notice and an opportunity to object to the magistrate judge's recommendation. Plaintiff Limelight Trading Cards, LLC filed objections to the recommendation. (Docket Entry No. 66.) The objections are **OVERRULED**.

The court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." 28 U.S.C. § 636(b)(1)(C). After conducting this de novo review, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." Id.; see also Fed. R. Civ. P. 72(b)(3).

The court has reviewed the recommendation de novo and finds no error in law or fact. The court therefore **ADOPTS** the Memorandum and Recommendation as its Memorandum and Opinion.

**SIGNED** at Houston, Texas, on this the _16th_ day of June, 2026.

_____
Sim Lake
Senior United States District Judge