United States District Court
Southern District of Texas
**ENTERED**
June 17, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Limelight Trading Cards, LLC, | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-25-1562 |
| | § | |
| David Fye, Logan Cox, and Black Label Breaks LLC, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER

On June 2, 2026, Magistrate Judge Peter Bray recommended that the court deny Plaintiff Limelight Trading Cards, LLC's Motion for Default Judgment Against Defendant Black Label Breaks LLC. (Docket Entry No. 62.) The parties were provided with notice and opportunity to object to the magistrate judge's recommendation. No objections were filed.

The court has reviewed the recommendation and finds no error in law or fact. The court therefore **ADOPTS** the Memorandum and Recommendation as its Memorandum and Opinion.

**SIGNED** at Houston, Texas, on this the 17th day of June, 2026.

_____
Sim Lake
Senior United States District Judge