United States District Court
Southern District of Texas
**ENTERED**
September 29, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Limelight Trading Cards, LLC,<br>*Plaintiff*, | § <br>§ <br>§ | |
| v. | § | Civil Action H-25-1562 |
| David Fye, Logan Cox, and<br>Black Label Breaks LLC.,<br>*Defendants*. | § <br>§ <br>§ <br>§ | |

## SECOND AMENDED SCHEDULING ORDER

Pending before the court is Defendant Logan Cox's Unopposed Motion to Amend Scheduling Order. ECF No. 80. The motion is **GRANTED**. This amended schedule shall be followed. All communications concerning the case shall be directed in writing to the Case Manager for United States Magistrate Judge Peter Bray, 515 Rusk, Room 5300, Houston, TX 77002, or via email, at cm_MJBray@txs.uscourts.gov.

| | |
|---|---|
| PASSED | AMENDMENTS to pleadings. **Any party seeking to amend their pleadings shall file a motion showing good cause.** |
| PASSED | NEW PARTIES. **Any party seeking to amend their pleadings shall file a motion showing good cause.** |
| PASSED | PLAINTIFF shall designate EXPERT WITNESSES. Designation shall be in writing to opponent. Expert reports shall be served on the same day. |
| PASSED | DEFENDANT shall designate EXPERT WITNESSES. Designation shall be in writing to opponent. Expert reports shall be served on the same day. |

| | |
|---|---|
| PASSED | DISCOVERY shall be completed by this date. Do NOT file discovery motions. Should a discovery issue arise, the parties shall file a joint letter motion not exceeding five pages describing the nature of the dispute. A hearing will be set shortly after the letter is filed. Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure (FRCP) to respond until after the deadline. |
| November 16, 2026 | MOTION CUT-OFF. No motion, except motions in limine, shall be filed after this date without leave of court. Motions shall be in 14-point font, double spaced, with not less than one-inch margins. The parties shall endeavor to avoid the use of footnotes. Motions shall not be longer than 25 pages. Response shall not be longer than 25 pages and shall be filed within 21 days from the date the motion is filed. Replies shall not be longer than 15 pages and shall be filed within 7 days from the date the response was filed. Page limits exclude the table of contents, table of authorities, and other traditionally excluded pages. The parties should NOT file multiple motions in an effort to exceed the page limit. Motions to strike or exclude experts under FRCP 702 SHALL NOT BE FILED at this time unless they will impact the resolution of a dispositive motion. |
| December 7, 2026 | ALL OTHER PRETRIAL MOTIONS INCLUDING MOTIONS IN LIMINE. |

| | |
|---|---|
| May 7, 2027 | JOINT PRETRIAL ORDER. Plaintiff is responsible for timely filing the complete joint pretrial order to Senior District Judge Sim Lake. The court will not accept separate versions of the pretrial order. |
| May 14, 2027<br>at 2:30 p.m. | DOCKET CALL before Senior District Judge Sim Lake in Courtroom 9B. The deadline for the joint pretrial order and other trial settings will be given at this time. No filings are necessary before the docket call, but the parties should be ready to discuss precise dates on which they will be ready to try the case. |

Signed at Houston, Texas, on September 29, 2026.

Peter Bray
United States Magistrate Judge